# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

ERIK MULLER,

      Defendant(s).

CASE NO. 2:11-cr-00416-GMN-RJJ

## SUBSTITUTION OF ATTORNEY

ERIK MULLER    (P̶l̶a̶i̶n̶t̶i̶f̶f̶) (Defendant) hereby substitutes
(Name of Party)

RICHARD A. WRIGHT
_____
(New Attorney)

(Address): 300 S. Fourth Street, Suite 701, Las Vegas, NV 89101

(Telephone): 702-382-4004 , as attorney of record in place and

stead of: REBECCA ROSENSTEIN
(Present Attorney)

DATED: 1/18/12     _____
             (Signature of Party)

I consent to the above substitution.

DATED: 1/19/12     _____
             (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 1/10/12                                   _____
4 |                                                  (Signature of New Attorney)
5 |
6 | Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT
7 |
8 |                                    APPROVED:
9 |
10 | DATED: January 20, 2012            ~~UNITED STATES DISTRICT JUDGE~~
11 |                                    UNITED STATES MAGISTRATE JUDGE

2

6/95